# CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anntonette Marie Romero**<br>DOB: 1992; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08505MJ |

| Complaint for violation of Title 8 United States Code ' 1324(a)(1)(A)(i) and 1324(a)(1)(B)(ii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 14, 2026, in the District of Arizona, **Anntonette Marie Romero**, knowing or in reckless disregard that certain illegal alien, including Jonathan Issac Canales-Arreola, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 14, 2026, in the District of Arizona (Nogales), at approximately 8:11 a.m., a Customs and Border Patrol Officer (CBPO) encountered a female adult driver, **Anntonette Marie Romero**, who applied for admission into the United States from Mexico through the primary vehicle lanes at the DeConcini Port of Entry in Nogales, Arizona. She was accompanied by an adult male identified as Jonathan Isaac Canales-Arreola. **Romero** presented a valid driver license from New Mexico, and the adult male did not present any type of document. The CBPO noticed the adult male appeared to be nervous and was smoking a cigarette. The CBPO asked the male subject for an identification card, to which **Romero** interjected, stating he did not have one because he had just got out of prison. The CBPO then asked the adult male for his citizenship. The adult male looked at **Romero**, who stated he was a U.S. Citizen. The CBPO then asked the adult male for his citizenship to which he said he was U.S. Citizen. Upon further questioning, the adult male was asked where he was born to which he said Mexico. The CBPO asked the adult male how he became a United States Citizen and **Romero** interrupted, stating it was because of her and that they had been together for three years. The CBPO noticed the adult male was overthinking the questions he was being asked. The CBPO asked **Romero** and the adult male where they were coming from, they stated Mexico. They further stated that they had traveled to Mexico so the adult male could visit his family that he had not seen since he went to prison. The CBPO asked the male subject for his name to which he stated his name to be Jonathan Isaac Canales-Arreola. The CBPO queried the adult male's name and received a positive match to the subject indicating he was a prior deport who had been to prison. Records checks revealed **Canales** is a citizen and national of Mexico who does not possess the proper documentation to enter, pass through, or remain in the United States legally. The Primary CBPO suspected **Romero** was smuggling the adult male into the United States and requested assistance from other CBPOs to further investigate.

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   Jonathan Issac Canales-Arreola |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE:<br>Customs Officer<br>David Soria |
|---|---|
| Sworn by telephone \| x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 15, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**                    26-08505MJ

Material Witness Jonathan Isaac Canales-Arreola stated he is a citizen and national of Mexico. He stated he was aware he was misrepresenting himself as a United States citizen when he applied for admission into the United States. He claimed the **Romero** is not a paid smuggler but claimed she is his girlfriend whom he met in prison last year. He stated she is the sister of a prison mate who introduced her to him by mail to get him "papers" since she is a U.S. citizen. He stated is not paying her to immigrate him and claims he formed a serious relationship with her. He further stated that **Romero** was aware that he did not have documents to legally enter the United States.